UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                   Criminal No. 22-MJ-30239

Immanuel Gates,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                            Respectfully submitted,

                                            Dawn N. Ison
                                            United States Attorney

                                            *s/Robert A. Moran*
                                            Robert A. Moran P46346
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            Robert.Moran@usdoj.gov
                                            (313) 226-9553

Dated: May 23, 2022

**IT IS SO ORDERED.**

**s/JONATHAN J.C. GREY**
Jonathan J.C. Grey
United States Magistrate Judge

Entered: May 23, 2022